## *Decisions on Petitions for Writs of Certiorari May 13 and 27, 1907.*

No. 713. EXPANDED METAL COMPANY ET AL., PETITIONERS, *v.* EUGENE S. BRADFORD ET AL. May 13, 1907. Petition for

a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. Ernest Howard Hunter* for petitioners. *Mr. E. Hayward Fairbanks* for respondents.